**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 810 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| AMENDMENT OF | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| EVIDENCE 901(a), 902(4), 902(6), | : | |
| AND 902(12) | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2019, upon the recommendation of the Committee on Rules of Evidence; the proposal having been published for public comment at 49 Pa.B. 1336 (March 23, 2019):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Evidence 901(a), 902(4), 902(6), and 902(12) are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions to the rule are shown in bold and in brackets.